■ In the Matter of CHARLES E. BAKER, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [698 NYS2d 809] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: Following a Tier III hearing, petitioner was found guilty of violating inmate rule 108.10 (7 NYCRR 270.2 [B] [9] [i] [escape]). The misbehavior report alleged that defendant left the correctional facility for several hours and went to a motel in Cortland where he rented a room. A receipt from the motel was attached to the misbehavior report and a forensic scientist opined that some of the writing on the receipt matched handwriting samples taken from petitioner. The Hearing Officer properly relied on the determination of the forensic scientist (*see, Matter of Davidson v Coughlin*, 219 AD2d 843, *lv denied* 87 NY2d 808). Petitioner did not object to the hearsay testimony of a correction officer relating information provided by the manager of the motel and thus failed to preserve his present contention for our review (*see, Matter of Rivera v Selsky*, 263 AD2d 955; *Matter of Reeves v Goord*, 248 AD2d 994, *lv denied* 92 NY2d 804). In any event, that contention lacks merit (*see, People ex rel. Vega v Smith*, 66 NY2d 130, 139). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Cayuga County, Corning, J.) Present—Denman, P. J., Pine, Hayes, Wisner and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON CAHILL, Appellant. [698 NYS2d 183] —Judgment unanimously affirmed. Memorandum: The sole contention of defendant is that the sentence is unduly harsh and severe. We perceive no basis to disturb the sentence, which was imposed by County Court as part of a negotiated plea (*see, People v Delgado*, 80 NY2d 780, 783; *People v Roy*, 245 AD2d 878; *People v Skinner*, 224 AD2d 916). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Assault, 2nd Degree.) Present—Denman, P. J., Pine, Hayes, Wisner and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN J. GILL, Appellant. [698 NYS2d 176] —Judgment unanimously affirmed for reasons stated in decision at Genesee County Court, Noonan, J. (Appeal from Judgment of Genesee County Court, Noonan, J.—Assault, 3rd Degree.) Present—Denman, P. J., Pine, Hayes, Wisner and Balio, JJ.